# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| ) | |
| **v.** ) | Case No. 1:24-cr-00443-MHH-JHE-3 |
| ) | |
| **TRAMARCUS LAMAR FOMBY,** ) | |
| ) | |
| **Defendant.** ) | |

## MEMORANDUM OPINION

On October 30, 2024, the United States indicted defendant Tramarcus Lamar Fomby and others for conspiring to distribute methamphetamine in violation of 21 U.S.C. §§ 846, 841(a)(1), (b)(1)(A). (Doc. 1). Mr. Fomby has moved to sever his trial from a trial of his co-defendants pursuant to Rule 4 of the Federal Rules of Criminal Procedure. (Doc. 59). Mr. Fomby argues that he has not waived his right to speedy trial and therefore "opposes any further delay" and that evidence against his co-defendants, as compared to the evidence against him, "creates a substantial risk of prejudicial spillover." (Docs. 59, 68). The United States opposes Mr. Fomby's motion. (Docs. 66, 71).

On September 5, 2025, the magistrate judge entered a report in which he explained that Mr. Fomby has not shown "presumptive prejudice" to support severing his trial on speedy trial grounds. (Doc. 76). The magistrate judge also

explained that Mr. Fomby has not demonstrated that he will be prejudiced by the evidence disparities because "'[a] defendant does not suffer compelling prejudice, sufficient to mandate a severance, simply because much of the evidence at trial is applicable only to co-defendants.'"  (Doc. 76, p. 8) (quoting *United States v. Blankenship*, 382 F.3d 1110, 1123 (11th Cir. 2004)) (brackets in R&R).  For these reasons, the magistrate judge recommended that the Court deny Mr. Fomby's motion.  (Doc. 76).  The magistrate judge advised the parties of their right to file written objections within 14 days.  (Doc. 76, p. 9).  To date, the Court has not received objections.[1]

Having reviewed the materials in the Court's electronic docket sheet for this case, the Court adopts the magistrate judge's report and accepts his recommendation.  The Court denies Mr. Fomby's motion to sever.

The Clerk of Court shall please TERM Docs. 59 and 76.

**DONE** and **ORDERED** this March 4, 2026.

*[signature: Madeline H. Haikala]*

**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE

---

[1] On January 16, 2026, this matter was reassigned to the undersigned.  (1/16/2026 minute entry).